IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ATG INSURANCE RISK RETENTION GROUP, INC.                                         PLAINTIFF

v.                                                  No. 2:21-cv-122-JM

BROOKLYN SPECIALTY INSURANCE CO., RISK
RETENTION GROUP, INC.; WESCO INSURANCE
COMPANY; BUNYOD KUSHNAZAROV; RAPTOR
AUTO SHIPPING, INC.; RPM FREIGHT SYSTEMS, LLC;
PAPER IMPEX USA, INC.; and ARMIS ADVISORS, LLC                                 DEFENDANTS

ORDER

The Court held a telephone conference today on a motion to dismiss filed by Brooklyn Specialty Insurance Company Risk Retention Group, Inc. ("BSIC") and joined by two other defendants, RPM Freight Systems, LLC ("RPM") and Wesco Insurance Company ("Wesco"). (Doc. Nos. 64, 66, 69). For the reasons stated on the record, those motions are granted, and the case is dismissed without prejudice as to all defendants, including those who did not join the motion to dismiss. Plaintiff is given until August 16, 2023 to file an amended complaint.

IT IS SO ORDERED this 19th day of July, 2023.

_____
James M. Moody Jr.
United States District Judge